# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | SA CV 07-532-PSG (MLGx) | Date: | October 19, 2009 |
|---|---|---|---|
| Title: | ROBERTO A. CUCCI -VS- BRUCE C. EDWARDS, ET AL. | | |

Present: The Honorable: Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Miriam Baird | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William Federman | Seth Aronson |
| | Jeremy Suiter |
| | Andrew Escobar |
| | Maren Hufton |

Proceedings:  **SETTLEMENT FAIRNESS HEARING**

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT OF DERIVATIVE ACTION
  FILED 10-13-09 (DOC #62)**

**PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES AND EXPENSES, INCENTIVE FEE
FILED 10-13-09 ( DOC #63)**

     Matter called. The Court hears oral argument regarding the above-referenced motions, and signs the revised proposed order presented in court.  Order to be issued.

                                                                    :    02
                                                      Initials of Preparer    wkh